# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                February 9, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

___

Civil Action No. 11-cv-00767-RPM

DR. GEORGE FREY, M.D., a Colorado Citizen,                          Ian R. Walsworth

    Plaintiff,

v.

SOFAMOR DANEK HOLDINGS, INC., a Delaware corporation, and           Luke L. Dauchot
MEDTRONIC SOFAMOR DANEK USA, INC., an Indiana corporation,          Conor F. Farley
                                                                    Nimalka R. Wickramasekera

    Defendants.

___

## COURTROOM MINUTES
___

**Hearing on Motion to Amend Scheduling Order**

**10:00 a.m.      Court in session.**

Court's preliminary remarks.

**Defendants' Requests for a Status Conference [18] is granted by this setting.**

Mr. Walsworth states he has not seen documents to verify Warsaw Orthopedic, Inc. is a proper defendant.

Counsel state they still have not located the alleged "schedule/exhibit c" to Boomerang Agreement (assumption it does not exist).

Argument by Mr Walsworth [18].

Mr. Dauchot answers questions.
Statements by Ms. Wickramasekera regarding Warsaw Orthopedic, Inc.
**Counsel agree to confer regarding naming Warsaw Orthopedic, Inc. as a proper defendant and dismissing Sofamor Danek Holdings, Inc.**

Argument by Mr. Dauchot [18].

**Court suggests that Mr. Dauchot and Mr. Gibson meet and confer.**

**ORDERED:    Motion to Amend [15] Scheduling Order [18], is granted and counsel shall submit an agreed revised scheduling order by March 12, 2012.**

Further argument and clarification by Mr. Walsworth (Pyramesh Agreements-amendments/email).
Further statements by Mr. Dauchot.

**10:50 a.m.      Court in recess.**   Hearing concluded.  Total time: 50 min.