IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00767-RPM

DR. GEORGE FREY, M.D.,
a Colorado citizen,

    Plaintiff,

v.

WARSAW ORTHOPEDIC, INC.,
a Delaware corporation, and,
MEDTRONIC SOFAMOR DANEK USA, INC.,
an Indiana corporation,

    Defendants.

## ORDER

THIS MATTER, coming before the Court upon Plaintiff Dr. George Frey's ("Dr. Frey") Unopposed Motion to Hold in Abeyance his Motion to Compel [Doc. No. 30] Pending Completion of Depositions on June 4-7, 2012, and being fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiff Dr. George Frey's Motion is GRANTED. The Court will hold further briefing or a ruling on the Motion to Compel [Doc. No. 30] in abeyance until June 11, 2011, when Dr. Frey will provide the Court with a Status Report indicating whether the Motion is still necessary in light of the depositions of Mr. Martin, Ms. Jones and Mr. Bethell.

Dated: May 25th, 2012

                                                                 BY THE COURT:

                                                                 s/Richard P. Matsch

                                                                 _____

                                                                Richard P. Matsch, Senior Judge