**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                    March 19, 2013
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 11-cv-00767-RPM

DR. GEORGE FREY, M.D., a Colorado Citizen,                    Ian R. Walsworth
                                                             Stanley M. Gibson

         Plaintiff,

v.

WARSAW ORTHOPEDIC, INC., and                                  Luke L. Dauchot
MEDTRONIC SOFAMOR DANEK USA, INC., an Indiana corporation,    Conor F. Farley
                                                             Nimalka R. Wickramasekera
         Defendants.                                          Erin C. Kolter

_____

**COURTROOM MINUTES**
_____

**Hearing on Motions for Partial Summary Judgment**

**2:00 p.m.        Court in session.**

Plaintiff and Defendants' client representative Chad Hanson are present.

Court's preliminary remarks and states its understanding of the case.

2:08 p.m.        Argument by Mr. Dauchot.

Argument by Ms. Wickramasekra.

3:05 p.m.        Argument by Mr. Gibson.

3:28 p.m.        Rebuttal argument by Mr. Dauchot.

Discussion regarding scheduling.

**ORDERED:      Warsaw Orthopedic, Inc. and Medtronic Sofamor Danek Usa, Inc.'s Motion for**
**Partial Summary Judgment on Capstone, [44] / [46], is denied.**

**Plaintiff Dr. George Frey, M.D.'s Motion and Incorporated Memorandum of Law**
**in Support of Partial Summary Judgment Regarding Net Sales, [37] / [40], is**
**denied.**

11-cv-00767-RPM
March 19, 2013

> **Plaintiff's Motion to Amend Complaint to Incorporate a Claim for Breach of the March 17, 1999 Consulting Agreement with Medtronic Sofmar Danek USA, Inc. [58], is denied.**
>
> **Plaintiff has to March 29, 2013 to file an Amended  Complaint (clear statement of claims).**
>
> **Defendants shall file an answer in accordance with the rules.**

**4:00 p.m.**          **Court in recess.**

Hearing concluded.  Total time: 2 hrs.