IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00767-RPM

DR. GEORGE FREY, M.D.,
a Colorado citizen,

    Plaintiff,

v.

SOFAMOR DANEK HOLDINGS, INC.,
a Delaware corporation, and,
MEDTRONIC SOFAMOR DANEK USA, INC.,
a Tennessee corporation,

    Defendants.

## ORDER AMENDING REVISED SCHEDULING ORDER

THIS MATTER, coming before the Court upon Plaintiff Dr. George Frey ("Dr. Frey") and Defendants Warsaw Orthopedic, Inc. and Medtronic Sofamor Danek USA, Inc.'s (collectively "Medtronic") Joint Motion to Amend the Revised Scheduling Order, and being fully advised in the premises,

IT IS HEREBY ORDERED that the parties' Motion is GRANTED and the Revised Scheduling Order is amended as follows:

- The parties shall complete all fact discovery on or before June 28, 2013.
- The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 26, 2013.

1

- The parties shall designate all other experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 26, 2013.
- The parties shall complete all expert depositions on or before September 16, 2013.

Dated:  May 20, 2013

                                                                     BY THE COURT:

                                                                     s/Richard P. Matsch

                                                                     _____

                                                                     Richard P. Matsch, Senior Judge