IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.11-cv-00767-RPM

DR. GEORGE FREY, M.D., a Colorado Citizen,

   Plaintiff,

v.

WARSAW ORTHOPEDIC, INC., and
MEDTRONIC SOFAMOR DANEK USA, INC., an Indiana corporation,

   Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that a pretrial conference should now be scheduled, it is

ORDERED that a pretrial conference is scheduled for **November 19, 2013, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **November 14, 2013.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

   DATED:   June 26th, 2013

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior District Judge