IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00767-RPM-BNB

DR. GEORGE FREY, M.D.,
a Colorado citizen,

      Plaintiff,

v.

WARSAW ORTHOPEDIC, INC.,
an Indiana corporation, and,
MEDTRONIC SOFAMOR DANEK USA, INC.,
an Indiana corporation,

      Defendants.

---

## ORDER

---

THIS MATTER, coming before the Court upon Plaintiff Dr. George Frey's ("Dr. Frey")

Motion to Amend the Revised Scheduling Order, and being fully advised in the premises,

IT IS HEREBY ORDERED that the parties' Motion is GRANTED and the Revised

Scheduling Order is amended as follows:

- The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 26, 2013, except for disclosures relating to damages, which shall be provided on or before August 2, 2013.

- The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 26, 2013, except for contradicting experts on disclosures relating to damages, which shall be provided on or before August 30, 2013.

Dated: July 26th, 2013

              BY THE COURT:

              s/Richard P. Matsch
              _____
              Richard P. Matsch, Senior District Judge