IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00767-RPM

DR. GEORGE FREY, M.D., a Colorado Citizen,

    Plaintiff,

v.

WARSAW ORTHOPEDIC, INC., and
MEDTRONIC SOFAMOR DANEK USA, INC., an Indiana corporation,

    Defendants.

---

ORDER ON DEFENDANTS' MOTION TO COMPEL

---

On September 13, 2013, the defendants moved to compel the plaintiff to produce three expert witnesses for deposition and to compel production of the plaintiff's tax returns for the years 2000 to the present. The defendants also requested expedited briefing of the motion to compel.

Upon review of the motion to compel [#94], the disputes described in that motion are resolved as follows. It is

ORDERED that the deadline for the completion of expert depositions is extended to October 16, 2013, and the plaintiff shall produce their three experts for depositions before that date; and it is

FURTHER ORDERED that the motion to compel the production of Dr. Frey's tax returns is denied on the ground that such discovery is not necessary because the plaintiff's alleged monetary loss due to changes in tax rates is not a proper element of damages.  It is

FURTHER ORDERED that the defendants' motion for expedited briefing [#97] is moot.

Date:  September 16, 2013

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge