IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00767-RPM

DR. GEORGE FREY, M.D., a Colorado Citizen,

    Plaintiff,

v.

WARSAW ORTHOPEDIC, INC., and
MEDTRONIC SOFAMOR DANEK USA, INC., an Indiana corporation,

    Defendants.

---

ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION

---

On September 17, 2013, the plaintiff moved for reconsideration of that part of the order dated September 16, 2013 [#100] which addressed the defendants' motion to compel depositions of the plaintiff's experts. In support of the request for reconsideration, the plaintiff submitted a response to the defendants' motion to compel, asserting that a more complete factual record would show that the defendants were largely responsible for that discovery dispute. Upon consideration of the plaintiff's motion for reconsideration and the defendants' response, it is

ORDERED that the plaintiff's motion for partial reconsideration [#101] is denied. Counsel are also ordered to refrain from filing intra-counsel communications with this court.

Dated: September 18, 2013

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge