IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.11-cv-00767-RPM

DR. GEORGE FREY, M.D., a Colorado Citizen,

    Plaintiff,

v.

WARSAW ORTHOPEDIC, INC., and
MEDTRONIC SOFAMOR DANEK USA, INC., an Indiana corporation,

    Defendants.
_____

## ORDER SETTING TRIAL DATE
_____

    Pursuant to the pretrial conference today, it is

    ORDERED that this matter is set for trial to jury on **May 5, 2014, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    DATED:   November 19th, 2013

                                             BY THE COURT:

                                             s/Richard P. Matsch

                                             _____

                                             Richard P. Matsch, Senior District Judge