IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.11-cv-00767-RPM

DR. GEORGE FREY, M.D., a Colorado Citizen,

    Plaintiff,

v.

WARSAW ORTHOPEDIC, INC., and
MEDTRONIC SOFAMOR DANEK USA, INC., an Indiana corporation,

    Defendants.
_____

ORDER VACATING TRIAL DATE
_____

    Because of the flooding of my personal residence and the difficulties encountered in restoration of it, I have determined that it is too difficult for me to give adequate attention to the preparation and trial of this civil action as scheduled. Accordingly, with apology, it is

    ORDERED that the trial date of May 5, 2014 is vacated as is the trial preparation conference set for April 15, 2014.  New dates will be scheduled in consultation with counsel.

    DATED:   April 10th, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge