IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00767-RPM

DR. GEORGE FREY, M.D., a Colorado Citizen,

    Plaintiff,

v.

WARSAW ORTHOPEDIC, INC., an Indiana corporation,
MEDTRONIC SOFAMOR DANEK USA, INC., a Tennessee corporation,

    Defendants.

---

## RULING ON DEPOSITION OBJECTIONS

The following objections are sustained:

Peter Lee Wehrly

    105:20 - 107:10

    125:2 - 125:7

    126:1 - 126:7 and exclude 126:8 - 126:14

    146:17 - 147:8

Dr. Kevin Foley

    125:18 - 126:4

    126:7 - 126:10

    126:12 - 126:15

Brian Thoren

    None

Steven DeRidder

    None

2

Steve Polkosky

    None: Some of the objections have been highlighted and should be deleted.

Dawn Michelle Fifer

    None

Leann Drewry

    None


    Dated:  August 1st, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____

                                        Richard P. Matsch, Senior District Judge