IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 11-cv-00767-RPM

DR. GEORGE FREY, M.D., a Colorado Citizen,

    Plaintiff,

v.

WARSAW ORTHOPEDIC, INC., an Indiana corporation, and
MEDTRONIC SOFAMOR DANEK USA, INC., a Tennessee Corporation,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

Prior to the conclusion of the trial, which began on August 4, 2014, the parties' filed a Joint Stipulation of Dismissal of Action with Prejudice on August 10, 2014 [194], accordingly,

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective trial exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 11th day of August, 2014.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

APPROVED AS TO FORM:

_____       _____
ATTORNEY FOR PLAINTIFF       ATTORNEY FOR DEFENDANTS