IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00767-RPM

DR. GEORGE FREY, M.D.,
a Colorado citizen,

      Plaintiff,

v.

WARSAW ORTHOPEDIC, INC.,
an Indiana corporation, and,
MEDTRONIC SOFAMOR DANEK USA, INC.,
a Tennessee corporation,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Court hereby DISMISSES the case in its entirety, including all claims therein, WITH PREJUDICE.

FURTHER, each party shall bear its own litigation costs, attorneys' fees, and any other expenses arising from or related to this litigation. It is SO ORDERED.

Signed this 11th day of August, 2014.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge